UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JOHN WAYNE BALLESTER,<br>Plaintiff. | Case No. 24-cv-01466-PJH<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 1 |

Plaintiff, a Florida state prisoner, filed a motion with the court. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis. However, the mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. See Local R. 3-11(b). The pending motion (Dkt. No. 1) is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 13, 2024

                                               /s/ Phyllis J. Hamilton
                                              PHYLLIS J. HAMILTON
                                              United States District Judge